# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>RHEA BATES<br>　　Debtor | Case No. 22-11513-amc<br><br>Chapter 13 |
| Wells Fargo Bank, N.A., Successor by Merger to Wells Fargo Bank Minnesota, N.A. F/K/A Norwest Bank Minnesota, N.A., as Trustee for First Franklin Mortgage Loan Trust 2004-FFH3 Asset-Backed Certificates 2004-FFH3,<br>　　Movant<br><br>vs.<br>RHEA BATES<br>　　And<br>Lawrence Bates, (NON-FILING CO-DEBTOR)<br>　　Respondents | 11 U.S.C. §362 and §1301 |

## CERTIFICATION OF DEFAULT

**BROCK AND SCOTT, PLLC**, attorneys for Movant, hereby certifies that the above-captioned Debtor has failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge on February 7, 2023.

In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtor's failure to cure the default.

　　　　　　　　　　　　　　　　　　_/s/Andrew Spivack_
　　　　　　　　　　　　　　　　　　Andrew Spivack, PA Bar No. 84439
　　　　　　　　　　　　　　　　　　Matthew Fissel, PA Bar No. 314567
　　　　　　　　　　　　　　　　　　Mario Hanyon, PA Bar No. 203993
　　　　　　　　　　　　　　　　　　Ryan Starks, PA Bar No. 330002
　　　　　　　　　　　　　　　　　　Jay Jones, PA Bar No. 86657
　　　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　　　BROCK & SCOTT, PLLC
　　　　　　　　　　　　　　　　　　3825 Forrestgate Drive
　　　　　　　　　　　　　　　　　　Winston Salem, NC 27103
　　　　　　　　　　　　　　　　　　Telephone: (844) 856-6646
　　　　　　　　　　　　　　　　　　Facsimile: (704) 369-0760
　　　　　　　　　　　　　　　　　　E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>RHEA BATES<br><br>Wells Fargo Bank, N.A., Successor by Merger to Wells Fargo Bank Minnesota, N.A. F/K/A Norwest Bank Minnesota, N.A., as Trustee for First Franklin Mortgage Loan Trust 2004-FFH3 Asset-Backed Certificates 2004-FFH3,<br>    Movant<br><br>vs.<br><br>RHEA BATES,<br>    Debtor<br>    And<br>Lawrence Bates<br>    Co-Debtor | Case No. 22-11513-amc<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of Default has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Brad J. Sadek, Debtor's Attorney
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com


Kenneth E. West, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee

Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107


Via First Class Mail:

RHEA BATES
443 ELLIS AVENUE
DARBY, PA 19023


LAWRENCE BATES
443 ELLIS AVENUE
DARBY, PA 19023


Date: September 13, 2023

                    */s/Andrew Spivack*
                    Andrew Spivack, PA Bar No. 84439
                    Matthew Fissel, PA Bar No. 314567
                    Mario Hanyon, PA Bar No. 203993
                    Ryan Starks, PA Bar No. 330002
                    Jay Jones, PA Bar No. 86657
                    Attorney for Creditor
                    BROCK & SCOTT, PLLC
                    3825 Forrestgate Drive
                    Winston Salem, NC 27103
                    Telephone: (844) 856-6646
                    Facsimile: (704) 369-0760
                    E-Mail: PABKR@brockandscott.com